UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN ST. PORTIS,

        Plaintiff,

  v.

G. ARNOLD et al,

        Defendant.

Case Number: CV07-03975 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Portis
F - 49814
San Quentin State Prison
San Quentin, CA 94974

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Prison Trust Accout
San Quentin State Prison
San Quentin, CA 94974

Court's Financial Office

Dated: August 14, 2007

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk