United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PORTIS,

    Plaintiff,

  v.

Deputy G. ARNOLD,

    Defendant.
                                  /

No. C 07-3975 WHA (PR)

**ORDER EXTENDING TIME TO AMEND**

      Plaintiff's motion for an extension of time to amend (document number 5 on the docket) is **GRANTED**. The amended complaint, if any, shall be filed within thirty days of the entry of this order. If it is not, this case will be dismissed for failure to state a claim. No further extensions will be granted.

      **IT IS SO ORDERED.**

Dated: March __4__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PORTIS975.EXT-P.wpd