WHA

RECEIVED
FILED
APR 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

search
07-3975

MR.
John Portis cdc F49814
Dear MR. Richard W. Wieking

I Got here to High Desert State Prison on
3-10-08 and got off orientation on the 3-25-08
and I got yet to get my Legal PROPERTY
So when I ask the C/o when will they give
me my Legal property they told me when they
get it, I been ask them for my property
every Sence I got off orientation I told them
I have a dead line for the Court they
would look at me and laugh at me I tell
them I am going to write them up they say
so right on head nothing will Come out of it
602 dont mean nothing up here in High Desert
State Prison we run our Own on program
the Courts dont run nothing up here.

THAts why I Say the inmate lives are in
great danger anytime you tell the C/o that
you have a dead line, I dont no when
I will get my property. I need Some time
until I can get my property I really
dont no like I Said the C/o do what they
wont up here in High Desert State Prison
              Write back with Some paper
letting High Desert StaFF no I do have
a deal line

INMATES lives or in great Danger
up Here at HiGh Desert State Prison
because the way they do people is Wrong
Some one need to look in to this this is a
real case this is not a medical Facility the
handicap Dont have no writs ~~whe~~ we need to
be Sent to a real medical facility.

THANK You Por
Your time

Help I Hope that this letter get
        to the court House And if
    it do I thank God

                        John Port
                        CDCF49814

Confidential
LEGAL MAIL

High Desert State Prison
P.R. John Portis CDC P49814
P.O. Box 3030
Susanville, CA 96127

LEGAL MAIL STATE PRISON

CLERK
MR. Richard W. Wieking
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102